1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

    v.

RAMAN N. PATEL, et al.,

        Defendants.

Case No.18-cv-04783-VKD

**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER**

On December 3, 2018, the parties notified the Court that they had settled the dispute between them and requested the Court schedule a show cause hearing for approximately 60 days from the date of the notice. Dkt. No. 16. Accordingly, the Court issued an order to show cause, requiring the parties to file a stipulated dismissal by February 1, 2019, requiring the parties to file a show cause response by February 5, 2019, and setting a show cause hearing for February 12, 2019. Dkt. No. 17. The parties did not file a stipulated dismissal by February 1. Plaintiff Scott Johnson filed a unilateral show cause response on February 4, 2019, indicating that although defendants had completed their settlement payment obligations, two defendants had still not signed the settlement agreement, and defense counsel did not respond to Mr. Johnson's attempts to communicate. Dkt. No. 18.

Accordingly, the parties are ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against them or some of them for failure to timely file a dismissal and/or a show cause response as the Court ordered. A written response to this Order must be filed by **February 8, 2019**. All parties are required to appear at the show cause hearing scheduled for February 12, 2019, which remains on calendar.

    **IT IS SO ORDERED.**

Dated: February 6, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28