UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>v.<br>RAMAN N. PATEL, et al.,<br>　　　　Defendants. | Case No.18-cv-04783-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 21 |

On December 3, 2018, the parties notified the Court that they had settled the dispute between them. Dkt. No. 16. The Court then issued an order to show cause, requiring the parties to either file a stipulated dismissal by February 1, 2019 or a show cause response by February 5, 2019, and setting a show cause hearing for February 12, 2019. Dkt. No. 17.

On February 4, 2019, plaintiff Scott Johnson filed a unilateral show cause response, indicating that although defendants had effected the settlement payment, not all defendants had signed the settlement agreement. Dkt. No. 18. The Court issued an order to show cause regarding the parties' failure to comply with its previous order to show cause and ordered all parties to appear on February 12, 2019. Dkt. No. 19. On February 7, 2019, defendants filed a show cause response informing the Court that all defendants had signed the settlement agreement. Dkt. No. 20. On February 8, 2019, the parties filed a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 21.

For good cause shown, the order to show cause issued on February 6, 2019 (Dkt. No. 19) is hereby DISCHARGED. The February 12, 2019 show cause hearing is VACATED.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 11, 2019

    *Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge